UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOMMY F. ADAMS,<br><br>                    Plaintiff,<br><br>          -against-<br><br>NETWORK TEMPS, INC. D/B/A/<br>NETWORK ESC.,<br><br>                    Defendant. | 23-CV-5817 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the October 27, 2023, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 27, 2023
             New York, New York

                                                        /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                            Chief United States District Judge